# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRISHA ROBINSON, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ACCELERATED RECEIVABLES SOLUTIONS (A.R.S.), INC., and DAVID W. BROSTROM,<br><br>Defendants. | 8:17CV56<br><br>JUDGMENT |

In accordance with the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Motion for Judgment on the Pleadings, ECF No. 37, filed by Defendants Accelerated Receivables Solutions, Inc., and David Brostrom, is granted;

2. The Motion for Leave to File Amended Answer, ECF No. 53, filed by Defendants Accelerated Receivables Solutions, Inc., and David Brostrom, is denied, as moot;

3. The Motion to Stay Discovery, ECF No. 54, filed by Defendants Accelerated Receivables Solutions, Inc., and David Brostrom, is denied, as moot; and

4. The above-captioned action is dismissed, with prejudice.

Dated this 19th day of April, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge